Tom McAvity, 034403
**Phoenix Fresh Start Bankruptcy**
4602 E Thomas Rd, Ste S-9
Phoenix, AZ 85018
Phone: 602-598-5075
Fax: 866-241-4176
Email: tom@phxfreshstart.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>JEFFERY D CARLSON<br><br>Debtor | Chapter: 13 Proceeding<br><br>Case No. 2:21-bk-04019-MCW<br><br>NOTICE OF CONVERSION<br>FROM CHAPTER 13 TO CHAPTER 7 |

COME NOW the Debtor, by and through undersigned counsel, and hereby gives notice to the Court and the Chapter 13 Trustee assigned to this case of the conversion of this case to a case under Chapter 7 of the Bankruptcy Code (Title 11 of the United States Code).

Debtor is unable to maintain their Plan payments and remain in the Chapter 13 Plan.

In support of the conversion of this case and in accordance with Section 1307(a), the Debtor avers that this case has not been previously converted under Sections 706, 1112, 1208, and that the Debtors has an absolute right to convert this case to a Chapter 7 of the Bankruptcy Code.

Dated: June 14, 2021

Respectfully submitted:

/s/ Tom McAvity
Tom McAvity, 034403
Phoenix Fresh Start Bankruptcy
4602 E Thomas Rd, Ste S-9
Phoenix, AZ 85018

Copy of the foregoing electronically mailed on June 14, 2021 to:

**Trustee**

Edward J. Maney
Chapter 13 Trustee
101 North First Avenue, Ste 1775
Phoenix, AZ 85003

**US Trustee**

Office of the U.S. Trustee
230 North First Avenue
Suite 204
Phoenix, AZ 85003

**Debtor**

JEFFERY D CARLSON
7007 E. Gold Dust Avenue Apt. 1107
Paradise Valley, AZ 85253